PER CURIAM.
Affirmed. Payton v. New York, 445 U.S. 573, 100 S.Ct. 1371, 63 L.Ed.2d 639 (1980); Harris v. United States, 390 U.S. 234, 88 S.Ct. 992, 19 L.Ed.2d 1067 (1968); Albo v. State, 379 So.2d 648 (Fla.1980); State v. Ashby, 245 So.2d 225 (Fla.1971); Jester v. State, 339 So.2d 242 (Fla. 3d DCA 1976), cert. denied, 348 So.2d 948 (Fla.1977); Lane v. United States, 148 F.2d 816 (5th Cir.), cert. denied, 326 U.S. 720, 66 S.Ct. 25, 90 L.Ed. 427 (1945).